UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THURMOND McMICHAEL,<br>    Plaintiff<br><br>    v.<br><br>ANDREW PALLITO, ROBERT KUPEC,<br>JAY SIMONS, PHIL FERNANDEZ,<br>STAN MORSE, DAVID BULEY,<br>STEPHEN McCARTHY and<br>BARBARA LESTER,<br>    Defendants | :<br>:<br>:<br>:    File No. 1:09-CV-130<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed March 31, 2010. (Doc. 43.) The Plaintiff subsequently filed an "Addendum to Motion to Compel" (Doc. 44) addressing the motion to compel (Doc. 42) but he has not contested Judge Conroy's legal analysis or recommended disposition regarding the motion for injunctive relief.

After de novo review, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Plaintiff's motion for a preliminary injunction (Doc. 30) is DENIED as moot.

This matter is returned to Magistrate Judge John M. Conroy for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 28th day of April, 2010.

                                        /s/ J. Garvan Murtha
                                        Honorable J. Garvan Murtha
                                        Senior United States District Judge